UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CR-62-1-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )  O R D E R |
| | ) |
| ANTHONY LEON ELLIS | ) |

This matter is before the court on defendant's *pro se* motion for a furlough or reduction of his sentence. Having fully considered the motion, it is DENIED.

This 4 January 2011.

W. Earl Britt
Senior U.S. District Judge